Approved: _____
          Jeffrey W. Coyle
          Assistant United States Attorney

**22 MAG 8937**

Before:   THE HONORABLE SARAH L. CAVE
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - X
                                  :   **SEALED COMPLAINT**
UNITED STATES OF AMERICA          :
                                  :   Violations of
    - v. -                        :   18 U.S.C §§ 922(g)(1),
                                  :   924(a)(2) and (8), and
                                  :   2.
WALTER MOORE,                     :
                                  :   COUNTY OF OFFENSE:
              Defendant.          :    Bronx
                                  :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

        ALEX LOIZIAS, being duly sworn, deposes and says that
he is a Special Agent with the Federal Bureau of Investigation,
and charges as follows:

### COUNT ONE
### (Felon in Possession)

        1.   On or about June 14, 2022, in the Southern
District of New York and elsewhere, WALTER MOORE, the defendant,
knowing he had previously been convicted in a court of a crime
punishable by imprisonment for a term exceeding one year,
knowingly did possess ammunition, and the ammunition was in and
affecting commerce.

    (Title 18, United States Code, Sections 922(g)(1), 924(a)(2)
                          and 2.)

**COUNT TWO**
**(Felon in Possession)**

2.    On or about September 19, 2022, in the Southern District of New York and elsewhere, WALTER MOORE, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 2.)

The bases for my knowledge and the foregoing charges are, in part, as follows:

3.    I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Bank Robbery and Violent Crime Task Force.  This affidavit is based upon my conversations with law enforcement personnel, my review of security camera footage, and my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**THE JUNE 14, 2022 SHOOTING**

4.    Based on my review of New York City Police Department ("NYPD") reports and records, my review of security camera footage, and my discussions with other law enforcement personnel, I have learned the following:

a.    On or about June 14, 2022, at approximately 3:00 p.m., NYPD received 911 calls reporting that gunshots were fired near or around the corner of White Plains Road and East 241st Street in the Bronx.

b.    Upon arriving at the scene, NYPD officers recovered four .380 caliber shell casings and two bullet fragments in front of 4702 White Plains Road.



(In the photograph above, the cones indicate the locations that shell casings and one bullet fragment were found by the NYPD.)



(The photograph above shows one of the shell casings that was found by the NYPD.)

      c.   Security camera footage from near or around White Plains Road and East 241st Street at the approximate time of the reported shooting shows a male individual (the "Shooter") standing outside of 4702 White Plains Road speaking with an individual dressed in khaki shorts and a white shirt ("Individual-1") and an individual dressed in black pants and a black shirt ("Individual-2").  The Shooter then fired multiple shots with a handgun in the direction of Individual-1 and Individual-2.



(This image from surveillance camera footage shows the Shooter in speaking with Individual-1 and Individual-2 shortly before the shooting.)



(This image from surveillance camera footage shows the Shooter fire a handgun at Individual-1.)



(This image from surveillance camera footage shows the Shooter fire a handgun at Individual-2.)

d.   The Shooter appears to be wearing a grey long-sleeve shirt, a black and red hat with white lettering worn backward, black pants, and black and grey footwear.

### The September 19, 2022 Shooting

5.   Based on my review of NYPD reports and records, my review of security camera footage, and my discussions with other law enforcement personnel, I have learned the following:

a.   On or about September 19, 2022, at approximately 4:23 p.m., NYPD officers responded to a shot spotter activation near or around 740 Cranford Avenue in the Bronx.

b.   Upon arriving at the scene, NYPD officers recovered one .380 caliber shell casing in front of a building located at 740 Cranford Avenue (the "Building").



(The photograph above shows the shell casing that was found by the NYPD in front of the Building.)

                c.    Surveillance camera footage from the lobby of the Building shows a man enter the Building within minutes after the shot spotter activation.  The man has a similar physical appearance to the Shooter in the June 14, 2022 shooting and is wearing what appears to be identical clothing as the Shooter in the June 14, 2022 shooting, including the grey long-sleeve shirt, a black and red hat with white lettering worn backward, black pants, and black and grey footwear.



(This image from surveillance camera footage shows a man wearing what appears to be identical clothing as the Shooter, and with a similar physical description as the Shooter, returning to the

building within minutes after the shot spotter activation.)



(This image from surveillance camera footage shows a man wearing
what appears to be identical clothing as the Shooter, and with a
similar physical description as the Shooter, leaving the
Building shortly before the shot spotter activation.)

### IDENTIFICATION OF WALTER MOORE

      6.   Based on my review of law enforcement reports and
my discussions with other law enforcement personnel, I know the
following:

          a.  The shell casings recovered from both the

June 14 and September 19 shootings were entered into the National Integrated Ballistics Information Network ("NIBIN").

        b.   A ballistic review conducted by examiners with the Bureau of Alcohol, Tobacco, Firearms and Explosive ("ATF") found that the .380 caliber shell casings found at the scenes of both shootings were from bullets fired from the same gun.[1]

        7.   Based on my personal involvement in this investigation and my review of NYPD reports and records, I know that an individual who regularly interacts with tenants of the Building ("Individual-3") reviewed a photo of surveillance camera footage from the lobby of the Building on September 19, 2022, and a photo of the Shooter on June 14, 2022, and identified the man in both images as "Moore," who lives in Apartment 2B of the Building.

        8.   Based on my personal observations and my discussions with Individual-3, I know that:

        a.   The name listed on the call box residence list for Apartment 2B of the Building is "W. Moore."



---

[1] The shell casings were linked by a computer program that analyzes detailed photos of markings left on shell casings when the bullets were fired.  The computer program then compares the photos to others in the NIBIN database. In this case, the computer program matched the shell casings submitted in the June 14, 2022 incident to the casing submitted in the September 19, 2022 incident.  A manual, microscopic comparison has not yet been performed.

b. Individual-3 provided the contact phone
number he has for WALTER MOORE, the defendant (the "Target Phone
Number"). On October 27, 2022, a call was made to 911 to report
a potential crime from the Target Phone Number. The caller
identified himself as "MC Moore," and the address of the
incident reported was the address of the Building.

9. Based on my review of lease agreements signed by
WALTER MOORE, the defendant, and the owner of the Building, I
know that MOORE signed a lease to begin living in Apartment 2B
of the Building starting on October 1, 2018. MOORE renewed the
lease for an additional one-year term on October 12, 2022.

10. Based on my review of a photograph of WALTER
MOORE, the defendant, taken on August 17, 2021 contained in a
law enforcement report, I believe that WALTER MOORE, the
defendant, is the same person as the Shooter captured on
surveillance camera footage from June 14, 2022 and September 19,
2022. The photograph of MOORE is below.



11. Based on my discussions with a Special Agent from
the Bureau of Alcohol, Tobacco, Firearms and Explosives who is
familiar with the manufacturing of firearms and ammunition, I
know that the ammunition recovered from the location of the June
14 and September 19 shootings was not manufactured in New York
State.

12. Based on my review of law enforcement and court

databases, I know that on or about December 13, 1990, WALTER
MOORE, the defendant, pled guilty in the Bronx County Supreme
Court to First Degree Manslaughter, in violation of N.Y. Penal
Law § 125.20, a felony, and Second Degree Assault, in violation
of N.Y. Penal Law § 120.05, a felony, and was sentenced to a
term of 128 months' to 32 years' imprisonment.


        WHEREFORE, I respectfully request that a warrant be
issued for the arrest of WALTER MOORE, the defendant, and that
he be arrested and imprisoned, or bailed, as the case may be.


                              **/s Alex Loizias**  (By Court with Auth.)
                              _____
                              Special Agent Alex Loizias
                              Federal Bureau of Investigation


Sworn to me through the transmission of this
Affidavit by reliable electronic means,
Pursuant to Federal Rules of Criminal Procedure
41(d)(3) and 4.1 this

 _7th_ day of November, 2022


_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK